IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MCGRUDER, <br> BARBARA BUTTERFIELD, <br> LILY VALENTIN, <br> DEBORAH DEMURO, <br> CARMEN RODRIGUEZ, and <br> FACE TO FACE, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN TERNER MNUCHIN, <br> CHARLES P. RETTIG, <br> U.S. DEPARTMENT OF THE TREASURY, <br> and INTERNAL REVENUE SERVICE, <br><br> Defendants. | Case No. 2:20-CV-3590-CFK |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, William McGruder, Barbara Butterfield, Lily Valentin, Deborah DeMuro, Carmen Rodriguez, and Face to Face ("Plaintiffs"), and Defendants, Steven Terner Mnuchin, Charles P. Rettig, U.S. Department of the Treasury, and Internal Revenue Service ("Defendants"), submit this stipulation of voluntary dismissal as to all claims alleged in this action. Each party shall bear its own costs, including attorney's fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jennifer Burdick* <br> Jennifer Burdick, ID No. 306703 <br> Kristen Dama, ID No. 207079 <br> COMMUNITY LEGAL SERVICES, INC. <br> 1424 Chestnut Street <br> Philadelphia, PA 19102 <br> Telephone: (215) 981-3700 <br> JBurdick@clsphila.org <br> KDama@clsphila.org | RICHARD E. ZUCKERMAN <br> Principal Deputy Assistant Attorney General <br><br> *s/ Christopher J. Williamson* <br> Christopher J. Williamson <br> Jordan A. Konig <br> Trial Attorneys, Tax Division <br> U.S. Department of Justice <br> Post Office Box 227, Ben Franklin Station <br> Washington, D.C. 20044 <br> Tel. (202) 307-2250 / Fax: (202) 514-6866 <br> Christopher.J.Williamson@usdoj.gov |

Christine Speidel, ID No. 325502
Leslie Book, ID No. 88566
VILLANOVA FEFERAL TAX CLINIC
299 North Spring Mill Road
Villanova, PA 19085
Telephone: (610) 519-4123
Chrisine.Speidel@law.villanova.edu
Book@law.villanova.edu

Ellen T. Noteware, ID No. 82711
Caitlin G. Coslett, ID No. 306915
Phyllis M. Parker, ID No. 77336
Nicholas Urban, ID No. 307129
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
enoteware@bm.net
ccoslett@bm.net
pparker@bm.net
nurban@bm.net

IT IS SO ORDERED.


Date: _____

                                                    _____
                                                    UNITED STATES DISTRICT COURT